AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act and 18 U.S.C. § 3582(c)(2)

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>JOSE MOYHERNANDEZ | )<br>)<br>) Case No: 1:97cr197 (LAP)<br>) USM No: _____<br>) |
| Date of Original Judgment: 07/17/2000<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | ) Jennifer Brown<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☑ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-11-2020
```

Except as otherwise provided, all provisions of the judgment dated  07/17/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/11/2020

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Loretta A. Preska, Senior U.S.D.J.
*Printed name and title*