UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

JOSE MOYHERNANDEZ, aka YINDO,

              Defendant.

97-CR-197 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Court of Appeals' orders dated July 19, 2022.  (See dkt. nos. 96 and 97.)  The parties shall confer and inform the Court how they wish to proceed by letter no later than August 17, 2022.  The Clerk of the Court shall mail a copy of this order to Mr. Moyhernandez.

**SO ORDERED.**

Dated:    August 3, 2022
            New York, New York

                    */s/ Loretta A. Preska*
                    LORETTA A. PRESKA
                    Senior United States District Judge